UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION )))))) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Leslie Browand v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10165-DRH |
| *Kyra Tweedy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10008-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 20, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
          **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.07.22
13:31:14 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT